## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TASAI BETTS,

       Plaintiff,

   v.

D. VARNER, *et al.*,

       Defendants.

No. 1:21-CV-01309

(Chief Judge Brann)

## <u>ORDER</u>

**AND NOW**, this 31st day of March 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for partial dismissal, Doc. 9, is **DENIED**.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii):

   a. Betts' Fourth Amendment claim is **DISMISSED** with prejudice.

   b. Betts' First Amendment "interference" claim, which is liberally construed as an access-to-courts claim, is **DISMISSED** without prejudice.

   c. Betts' First Amendment retaliation claim against defendant Wertz is **DISMISSED** without prejudice.

   d. All Section 1983 claims against all Defendants in their official capacities are **DISMISSED** with prejudice.

3. Betts, if desired, may file an amended complaint in conformity with the accompanying Memorandum Opinion within **21 days** of the date of this Order, or on before **April 21, 2022**.

4.      If no amended complaint is timely filed, this case will proceed on the
        following two claims: (1) First Amendment retaliation against
        defendants J. McCloskey and Eberling in their individual capacities
        only; (2) state-law negligence against defendants Varner, Kauffman,
        J. McCloskey, Grassmyer, Wertz, and Wakefield.

                              BY THE COURT:


                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge