IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASAI BETTS, | No. 1:21-CV-01309 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| D. VARNER, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 16th day of December 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 26) to compel is **GRANTED** in part and **DENIED** in part, as follows:

    a. Plaintiff's motion is **GRANTED** only as to interrogatory number 10 directed to defendant Eberling. Eberling must supplement his response to this interrogatory.

    b. Plaintiff's motion is **DENIED** in all other respects.

2. Plaintiff is admonished that, going forward, he should seek additional discovery from Defendants through the appropriate channels provided by the Federal Rules of Civil Procedure before filing a motion to compel in this Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge