IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASAI BETTS, | No. 1:21-CV-01309 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| D. VARNER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of May 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 86) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

    a. Defendants' motion is **GRANTED** as to Betts' Section 1983 claims of First Amendment retaliation and civil conspiracy.

    b. Defendants' motion is **DENIED** in all other respects.

2. The Clerk of Court is directed to enter judgment in Defendants' favor and against Betts as to all Section 1983 claims.

3. The Court declines to exercise supplemental jurisdiction over Betts' state-law negligence claims. Those claims are therefore **DISMISSED** without prejudice.

4. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge